ACCEPTED
01-15-00397-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 4:55:22 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00397-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 4:55:22 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1434115**
In the 179th District Court
Of Harris County, Texas

——————◆——————

**AUGUSTUS MITCHELL**

*Appellant*

v.

**THE STATE OF TEXAS**

*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by indictment with felon in possession of a firearm, enhanced with one prior felony conviction. (C.R. at 10) Appellant was found guilty by a jury and was sentenced to twelve years in the Texas Department of Criminal Justice, Institutional Division. (C.R. at 75-76) Appellant timely filed notice of his intent to appeal and the trial court certified his right of appeal. (C.R. at 78-80)

2. The State's Appellate Brief was due on October 12, 2015. The State has not previously requested an extension of time to file a reply brief in this case. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The undersigned attorney was assigned this brief on <u>September 15, 2015</u>.

    b. The undersigned attorney has been involved in the following written appellate projects during the time the undersigned attorney was assigned State's appellate brief in this case:

        1) Ex parte Brian Roberts
           No. 14-15-00338-CR
           Brief Submitted: September 25, 2015

        2) Brady Koch v. State of Texas
           No. 01-14-00248-CR
           Brief Due: October 26, 2015

        3) Juan Barrera-Magana v. State of Texas
           No. 01-14-00982-CR
           Brief Due: October 14, 2015

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Joseph Varela
Attorney for Appellant
jwvarela@gmail.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  October 12, 2015